# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL ANTHONY BATTLE,** | : | |
| **Defendant** | : | |
| | : | |

### ORDER

Based on the representations in the government's motion to seal the indictment, bench warrant, and other pleadings, records, and files and to delay entry on the public docket of the filing of this motion to seal, this Court makes the following:

### FINDINGS OF FACT

(1) The government has investigated defendant's drug-dealing through a long-term criminal investigation, using under cover agents and cooperating witnesses. Police officers conducting the case believe defendant is unaware of this investigation. The general public also does not know of this investigation.

(2) Defendant's discovery of this investigation and indictment poses a substantial risk to the safety of the undercover agents and other law enforcement officials working on this case. The public docketing at this time of the indictment and related records and files in this case also could great hamper the on-going investigation this case and defendant's prompt arrest following his indictment, and place at risk the safety of the officers and witnesses involved in the investigation, as well as innocent bystanders. So, too, could public notice that the Government has asked the Court to seal these matters.

(3) Based on the representations in the government's motion, Washington Post v. Robinson,

935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the indictment, bench warrant, pleadings, records and files in this case and that an extraordinary situation exists that justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal. Therefore, based on the above, it is this _____ day of _____, 2005,

**ORDERED** that this Order, and the attached government motion to seal the Indictment, bench warrant, and other pleadings, recordings, and files and to delay entry on the public docket of the filing of this motion to seal with exhibits shall be filed under seal in the Criminal Clerk's office until further order of this Court; and it is further,

**ORDERED** that the indictment, bench warrant, and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court; and, it is further

**ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court; and it is further

**ORDERED** that notwithstanding the other provisions of this ORDER, the government may request a transcript of any plea proceedings that may occur in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the government, and there may be a limited lifting of this order to allow the government to comply with noticing and publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case.

_____
U.S. Magistrate Judge