UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **MICHAEL ANTHONY BATTLE,** | : | VIOLATIONS: 21 U.S.C. §843(b) |
| **Defendant.** | : | (Unlawful Use of a Communication Facility); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of 50 Grams or More |
| | : | of Cocaine Base); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Distribution of Cocaine Base Within |
| | : | 1000 Feet of a School) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about March 11, 2005, within the District of Columbia, **MICHAEL ANTHONY BATTLE**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

**COUNT TWO**

On or about March 11, 2005, within the District of Columbia, **MICHAEL ANTHONY BATTLE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing

a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

### COUNT THREE

On or about March 24, 2005, within the District of Columbia, **MICHAEL ANTHONY BATTLE**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

### COUNT FOUR

On or about March 24, 2005, within the District of Columbia, **MICHAEL ANTHONY BATTLE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

### COUNT FIVE

On or about March 24, 2005, within the District of Columbia, **MICHAEL ANTHONY BATTLE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of Title

21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Cuno Rudolph Elementary School, a public elementary school in the District of Columbia.

(**Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT SIX

On or about April 8, 2005, within the District of Columbia, **MICHAEL ANTHONY BATTLE**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

## COUNT SEVEN

On or about April 8, 2005, within the District of Columbia, **MICHAEL ANTHONY BATTLE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.