# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> MICHAEL ANTHONY BATTLE | DOCKET NO: **05-234**    MAGIS. NO: <br><br> NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> Michael Anthony Battle <br><br> **FILED** <br> SEP 3 0 2005 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| DOB:           PDID: | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL USE OF A COMMUNICATIONS FACILITY;

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF COCAINE BASE WITHIN 1000 FEET OF A SCHOOL

*Quashed as Executed, JMF 09/30/05*

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: <br> 21:843(b); 21:841(a)(1) and 841(b)(1)(A)(iii); and 21:860(a) |
|---|---|

| BAIL FIXED BY COURT: *Hold* | OTHER CONDITIONS OF RELEASE: |
|---|---|
| ORDERED BY: <br> MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: 6/16/05 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 6/16/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 6-16-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 9-30-05 | Sean McLeod  SDUSM | S. B. M`L |
| HIDTA CASE: Yes __  No X | | OCDETF CASE: Yes __  No X |