UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-234 (RMU) |
| : | |
| MICHAEL ANTHONY BATTLE, : | |
| : | |
| Defendant. : | |

**ORDER**

It is this 7th day of October 2005,

**ORDERED** that the status hearing in the above-captioned case scheduled for October 11, 2005, is hereby **VACATED** and **RESCHEDULED** for October 20, 2005, at 2:00 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
OCT 7 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT