UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-234 (RMU)
:
MICHAEL BATTLE, :
:
Defendant. :

## CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 20th day of October 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before November 1, 2005    ;

Oppositions    on or before November 14, 2005    ; and

Replies    on or before November 21, 2005    ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on December 12, 2005, at 11:30am; and

A motions hearing on January 12, 2006, at 10:30am;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.