UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) ) | Criminal No.: 05-234 (RMU) |
| **MICHAEL BATTLE** | ) ) ) | |

### DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF

Defendant Michael Battle, through undersigned counsel, respectfully submits the following Motion for the Court to order the Probation Office to review and calculate Mr. Battle's Criminal History Category.

In Support of the Motion undersigned counsel states:

1. Mr. Battle is before the Court charged in a seven-count indictment with narcotics related charges in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(iii) (counts 2, 4, 5 and 7) and violations of 21 U.S.C. § 843(b) (counts 1, 3 and 6). Mr. Battle was arraigned on September 30, 2005 before Magistrate Judge John Facciola.

2. On October 20, 2005 this Court issued a scheduling order for the submission of Pre-Trial Motions, a date for a Suppression Hearing and an Interim Status Conference Hearing for December 12, 2005. Not long after Mr. Battle's initial appearance, undersigned counsel and Assistant United States Attorney Barry Wiegand began discussions with the goal of resolving Mr. Battle's case through a plea agreement. The terms of the plea agreement will be contingent on Mr. Battle's Criminal History Category, specifically whether he qualifies as a "Career Offender" as contemplated in U.S.S.G. § 4B1.1.

3.      Undersigned counsel and Mr. Wiegand believe that a calculation of Mr. Battle's Criminal History will expedite the plea process and may result in Mr. Battle's entry of a guilty plea on the December 12, 2005 Status Conference. Undersigned counsel further request that the Probation Office complete Mr. Battle's Criminal History Category calculation by November 23, 2005. The requested completion date will allow for the preparation of the Plea papers and provide sufficient time for undersigned counsel to discuss with Mr. Battle the plea agreement before the Interim Status Conference.

Wherefore, undersigned counsel requests that the Court order the Probation Office to calculate Mr. Battle's Criminal History Category by November 23, 2005.

                        Respectfully submitted,

                        A.J. Kramer
                        Federal Public Defender


                        _____/s/_____
                        Carlos J. Vanegas
                        Assistant Federal Public Defender
                        625 Indiana Ave., N.W., Suite 550
                        Washington, D.C.  20004
                        (202) 208-7500