UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No.: 05-234 (RMU)** |
| v. ) | |
| ) | |
| **MICHAEL BATTLE** ) | |

## PROPOSED ORDER

Upon consideration of the defendant's request for the Probation Office to calculate his Criminal History Category, it is hereby

ORDERED that defendant's motion is granted; and it is

FURTHER ORDERED that the Probation Office calculate defendant's, Michael Battle, Criminal History Category and it complete the report by Monday November 23, 2005.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

_____
DATE

United States Probation Office
333 Constitution Ave, NW
Federal District Courthouse
Washington, DC 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Barry Wiegand
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530