UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Action No.: 05-234 (RMU) |
| MICHAEL BATTLE, | : |
| Defendant. | : |

FILED
NOV 1 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the defendant's unopposed motion for the Probation Office to calculate his Criminal History Category, it is hereby this 1st day of November, 2005,

**ORDERED** that the defendant's motion is **GRANTED**, and it is

**FURTHER ORDERED** that the Probation Office calculate the defendant's Criminal History Category no later than Wednesday, November 23, 2005.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge