## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIM. NO. 05-00234-01 (RMU)** |
| | : | |
| **MICHAEL BATTLE,** | : | |
| Defendant. | : | |

### UNOPPOSED MOTION TO CONTINUE PLEA/STATUS HEARING

***COMES NOW***, the United States of America, by and through its attorney, the U.S. Attorney for the District of Columbia, respectfully to ask this Court to continue defendant's plea or status hearing, now set for Monday, December 12, 2005, at 11:15 a.m., until a date convenient to the Court, possibly in the New Year. Through counsel, defendant supports granting this motion. In support whereof, we submit as follows:

1. By previous order of the Court, a hearing in defendant's case has been set for next Monday, December 12, 2005, at 11:15 a.m., for a possible plea colloquy. As represented to the Court previously, the parties are exploring a non-trial disposition of this case. To that end, the Court kindly assisted the parties by asking the Probation Office to calculate defendant's likely criminal history under the U.S. Sentencing Commission <u>Guidelines Manual</u> (U.S.S.G.), which both parties recently received. Based upon this information, it appears that the parties have reached an agreement in principle about the shape of a non-trial disposition. The additional time being sought through this continuance should enable the parties to conclude our discussions and carry out the administrative tasks necessary for a plea disposition. It is extremely unlikely that these arrangements could be carried out properly by next Monday. Thus, we seek to continue the hearing until early or mid-January 2006, at a time and date of convenience to the Court.

2.      Defendant now is being detained without bail pending trial, by previous order of the Court.  Any disposition almost certainly will result at least in several years of additional incarceration, thus defendant should not suffer any additional loss of liberty interest as a result of granting this motion.  Further, the pre-trial disposition of this matter is most likely to result in an outcome much more favourable to defendant than any available after trial.  Thus, it is in both the Government's and defendant's direct interest to facilitate a pre-trial disposition through this continuance.

3.      Counsel for defendant, Mr. Carlos Vanegas, Esq., AFPD, kindly has authorized undersigned to represent that he favors granting this motion.  A proposed order granting this motion is attached.  If the Court wishes to convene the hearing Monday solely to a status hearing, we do not object, but we do not believe the plea hearing can take place on Monday, December 12, 2005.

**WHEREFORE**, the Government respectfully prays this Honorable Court to grant this motion and to continue defendant's plea hearing.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058

BY: _____
Jessie K. Liu and Barry Wiegand, Bar No. 424288
Assistant United States Attorneys
Federal Major Crimes Section, fourth floor (Liu)
555 Fourth Street, N.W.,
Washington, D.C. 20001
(202) 514-7549 (Liu)
(202) 353-9414 (fax)
Jessie.K.Liu@USDoJ.Gov

**CERTIFICATE OF SERVICE**

I certify that I will cause service of the foregoing to be made by having a copy deposited in the U.S. mails, first-class postage pre-paid, addressed to counsel for defendant Michael Battle, Mr. Carlos Vanegas, Esq., AFPD, Office of the Federal Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20001; (202) 208-7500 (o); (202) 208-7515 (fax) Carlos_Vanegas@fd.org; this ninth day of December 2005.  I telefaxed and E-mailed a copy of this  motion and proposed order to Mr. Vanegas on the same date.

_____
Barry Wiegand, AUSA