UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,           :
                                    :
                                    :
v.                                  :   CRIM. NO. 05-00234-01 (RMU)
                                    :
MICHAEL BATTLE,                     :
        Defendant.                  :

### ORDER

This matter came before the Court on the Government's unopposed motion to continue the hearing now set for Monday, December 12, 2005, at 11:15 a.m.. Upon consideration of that motion, and noting that defendant favors granting this motion, for the reasons stated in the motion and upon review of the entire record therein, it is by the Court this 9th day of December 2005,

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the next hearing in this case shall be held 2:45 pm on January 17, 2006. parties are        excused from attending the hearing now set for Monday December 12, 2005, at 11:15 a.m.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

cc: Ms. Jessie K. Liu, Esq
Assistant U.S. Attorney, Federal Major Crimes
555 Fourth Street, NW, Fourth floor
Washington, D.C. 20001
(202) 514-7549
(202) 353-9414 (fax)
Jessie.K.Liu@USDoJ.Gov E-mail

Mr. Carlos Vanegas, Esq., AFPD
Office of the Federal Defender
625 Indiana Avenue, Suite 550
Washington, D.C. 20001
(202) 208-7500
Carlos_Vanegas@fd.org E-mail