UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-234 (RMU) |
| | : | |
| MICHAEL BATTLE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

It is this 30th day of December 2005,

**ORDERED** that the motions hearing in the above-captioned case scheduled for January 12, 2005 is hereby **VACATED**.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge