## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

             v.             :        Criminal Action No.: **05-234** (RMU)

MICHAEL BATTLE                    ,          :

        Defendant(s).          :

**FILED**

### ORDER

JAN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this **26** day of **JANUARY** 2006,

**ORDERED** that a **Status** hearing in the above-captioned case shall

take place on **March 24, 2006** at **9:45 am** .

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge