NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

FILED
JAN 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. )   Criminal No. 05-234
)
)
MICHAEL A. BATTLE )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[✓] CJA            [ ] RETAINED            [ ] FEDERAL PUBLIC DEFENDER

_Frances M. D'Antuono_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

FRANCES M. D'ANTUONO   #235814
(Attorney & Bar ID Number)

ATTORNEY AT LAW
(Firm Name)

218 7th St. S.E.
(Street Address)

WASHINGTON    D.C.    20003
(City)         (State)      (Zip)

202-544-6332
(Telephone Number)