UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
              v.               :    Criminal Action No.: 05-234   (RMU)
                               :
MICHAEL BATTLE,                :
                               :         FILED
              Defendant.       :
                                      MAR 2 4 2006

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 24th day of March 2006,

**ORDERED** that a _progress/status_ hearing in the above-captioned case shall take place on _March 30, 2006_ at _9:45_.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge