UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-234 (RMU)
:
MICHAEL BATTLE , :
:
Defendant(s). :

**FILED**

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**ORDER**</u>

It is this 30th day of MARCH 2005,

ORDERED that a Control Status hearing in the above-captioned case shall take place on AUGUST 10, 2006 at 9:45 am.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

