UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :

v.                                :   CRIMINAL CASE NO. 05-0234

Michael Anthony Battle            :

ORDER

Upon consideration of matters that arose at the initial appearance and the Court having reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly with his defense, it is this 30th day of March, 2006:

ORDERED that the defendant be, and hereby is, committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241 for a period not to exceed thirty days and that a psychiatric or psychological examination of the defendant be performed and that thereafter a written report be filed pursuant to 18 U.S.C. § 4247 which shall include the examiner's opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his defense. Said report is to be filed on or before May 31 2006:

UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE