UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL BATTLE,

Defendant(s).

Criminal Action No.: 05-234 (RMU)

**FILED**

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 30th day of MARCH 2005,

**ORDERED** that a Status hearing in the above-captioned case shall take place on June 2, 2006 at 9:30 am. before Judge Facciola.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge