# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
     :
         v.          :      Criminal Action No.: 05-234 (RMU)
     :
MICHAEL BATTLE,      :
     :
       Defendant.      :

**FILED**

MAY 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

It is this 10th day of May 2006,

**ORDERED** that the status hearing in the above-captioned case scheduled for June 2,

2006 is hereby **VACATED** and **RESCHEDULED** for July 24, 2006 at 10:00 am before

Magistrate Judge Deborah Robinson in Courtroom 4.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge