UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
            v.                      :     Criminal Action No.:  05-234    (RMU)
                                    :
MICHAEL BATTLE,                     :
                                    :
            Defendant.              :

**ORDER**

FILED
AUG 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 10th day of August 2006,

**ORDERED** that a ___Status___ hearing in the above-captioned case shall take place on ___October 26, 2006___ at ___2:45___.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge