UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :    Criminal Action No.: 05-234 (RMU)
                                  :
MICHAEL BATTLE                  , :    FILED
                                  :
          Defendant(s).           :    OCT 26 2006
                                       NANCY MAYER WHITTINGTON, CLERK
                                       U.S. DISTRICT COURT

### ORDER

It is this 26th day of October, 2006,

ORDERED that a Status hearing in the above-captioned case shall take place on November 28, 2006 at 11:00 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge