UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
            v.                      :   Criminal Action No.: 05-234   (RMU)
                                    :
MICHAEL BATTLE,                     :
                                    :
            Defendant.              :

**ORDER**

FILED
NOV 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 28th day of November 2006,

**ORDERED** that a Competency hearing in the above-captioned case shall take place on March 19, 2007 at 10 AM

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge