UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-234 (RMU)
:
MICHAEL BATTLE, :
:
Defendant. :

**ORDER**

FILED

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 22nd day of January 2007,

**ORDERED** that the competency hearing in the above-captioned case scheduled for March 19, 2007 is hereby **VACATED** and **RESCHEDULED** for April 26, 2007 at 10:00 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge