UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   Crim. No. 05-0234 (RMU) |
| | : |
| MICHAEL BATTLE, | : |
|     Defendant. | : |

**<u>ORDER</u>**

The Court, having considered the United States' revised motion for reevaluation of the defendant pursuant to Title 18, United States Code, Section 4241(the "Motion"), and based on the representations made in such motion, and good cause having been shown, it is this ____ day of _____, 2007,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that pursuant to Title 18, United States Code, Section 4247(b), the defendant is committed to the custody of the Attorney General for 30 days, for psychiatric or psychological evaluation, the Court having reasonable cause to believe that he may presently be suffering from mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is further ORDERED that the defendant be sent, under the custody of the Attorney General, to the federal medical treatment center in Devens, Massachusetts, and reevaluated by Dr. Shawn E. Channell; and it is further

ORDERED that Dr. Shawn E. Channell of the federal medical treatment center in Devens, Massachusetts, file a psychiatric or psychological report with the Court pursuant to Title 18, United States Code, Section 4247, on or before April 2, 2007.

It is further ORDERED that any pleading or memorandum filed in anticipation of the contested competency hearing on April 26, 2007, at 10:00 a.m., be filed no later than April 13, 2007.

_____
Judge Ricardo M. Urbina
United States District Court for
the District of Columbia