UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | **Crim. No. 05-0234 (RMU)** |
| : | |
| **MICHAEL BATTLE,** : | |
| Defendant.  : | |

## NOTICE OF FILING

The government requests that the attached letter, dated March 21, 2007, without enclosures, be made part of the record in this case.

        Respectfully submitted,
        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        Bar No. 451-058


        _____/s/_____
By:    PERHAM GORJI
        ASSISTANT U.S. ATTORNEY
        Delaware Bar No. 3737
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-8822
        perham.gorji@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been served by first class mail upon counsel of record for the defendant, Frances M. D'Antuono, 218 7th Street, S.E., Washington, D.C. 20003, this 21st day of March, 2007.

        _____/s/_____
        Assistant United States Attorney