U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 21, 2007

Frances M. D'Antuono, Esq.
218 7th Street, S.E.
Washington, D.C. 20003
(202) 544-6332

RE: United States v. Michael Battle, 05-234 (RMU)

Dear Counsel:

      As you know, the government intends to call forensic psychologist Shawn Channell, Ph.D., to testify as an expert witness at the defendant's contested competency hearing in this case. You have already received Dr. Channell's report dated June 28, 2006. Enclosed are the notes forming the basis of Dr. Channell's opinion in that report, as well as a copy of his curriculum vitae. In addition, Dr. Channell has been reevaluating your client in preparation of the upcoming hearing. I will provide you a copy of his new report and all related notes as soon as the report is complete.

      With respect to documents the government needs from the defense, I am in possession of Dr. Lanning Moldauer's report dated November 21, 2006. However, I have not received any notes or paperwork supporting his report, or his curriculum vitae. Please ensure that all related notes, paperwork, recordings, etc., and Dr. Moldauer's resume are forwarded to me. Also, the government will need any report and related paperwork that Dr. Moldauer might prepare in the future regarding your client.

      If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.

      Perham Gorji
      Office of the United States Attorney
      Federal Major Crimes Section
      Room 4233
      555 Fourth Street, N.W.
      Washington, D.C. 20530

| | |
|---|---|
| Office: | 202-353-8822 |
| Fax: | 202-616-3782 |
| E-mail: | perham.gorji@usdoj.gov |

If you file any pleading in this case, please note that our zip code has changed recently to 20530. Also, please fax any pleadings or correspondence so that we may be assured receipt of the document.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By:
PERHAM GORJI
Assistant United States Attorney

cc: District Court Case File (without attachments)