UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 05-234 |
| MICHAEL A. BATTLE | :      (RCL) |

**DEFENDANT BATTLE'S UNOPPOSED MOTION TO
CONTINUE COMPETENCY HEARING DUE TO UNAVAILABILITY
OF DEFENSE EXPERT**

COMES NOW the Defendant herein, Michael A. Battle, by and through his undersigned counsel, and respectfully requests that this Honorable Court grant a continuance of his contested mental competency hearing, currently scheduled for April 26, 2007. In support of this Motion, undersigned counsel states as follows:

1. This matter was originally scheduled for a contested mental competency hearing on March 19, 2007, at a time when the defense expert (and presumably the Government's expert) were available. The matter was subsequently re-scheduled when the Government asked for a renewed competency evaluation at USMC Devens, Massachusetts. Because Mr. Battle would be removed from the jurisdiction, it became clear that the March 19th date was no longer feasible because undersigned counsel and her own expert would not have sufficient access to Mr. Battle after he returned from his examination at Devens.

2. The matter was then re-scheduled, by consent, to the present date of April 26, 2007 so that undersigned counsel's expert could also re-examine Mr. Battle, and so that the parties could exchange discovery materials, where appropriate.

1

3. It now turns out that the only date upon which undersigned counsel's expert is not available is the date she and Mr. Gorji agreed upon for the hearing. Therefore, undersigned counsel is now required to move for a continuance of the hearing to a date upon which the Court, both counsel and both experts are available.

4. Undersigned counsel has discussed all dates with Mr. Gorji (who has not opposed the instant Motion) and has secured the unavailable dates for Mr. Gorji, for the Government's expert, for her own expert, and for herself, given her own trial calendar. Sparing the Court the seemingly endless particulars of everyone's schedules, the available (and workable) dates for all counsel and experts boil down to June 12, June 13 and June 29, 2007. Should none of these dates be available for the Court, undersigned counsel would inquire further of all counsel and the experts.

5. WHEREFORE, the foregoing premises having been considered and good cause having been shown, undersigned counsel respectfully requests that this Honorable Court continue Mr. Battle's contested competency hearing until June 12th, June 13th or June 29, 2007. Undersigned counsel suggests that any legal memoranda in advance of the hearing which the parties might wish which to submit should be filed no later than June 1, 2007. A proposed Order is attached for the Court's convenience.

Dated March 23, 2007

                                                              Respectfully submitted,

                                                              _____

                                                          s/s  Frances M. D'Antuono
                                                                Unified Bar No. 358141

        218 7th Street, S.E.
        Washington, D.C. 20003
        (202) 544-6332
        Counsel for Michael A.. Battle
        fdantuono@msn.com

### Certificate of Service

I hereby certify that a true and accurate copy of the foregoing Motion to Continue Competency Hearing was served, by electronic filing, upon Perham Gorji, Esquire, United States Attorney's Office, Major Crimes Section, 555 4th Street, N.W., Washington, D.C. 20530, and upon the chambers of the Honorable Ricardo M. Urbina, Presiding Judge in the case, on March 23, 2007.

        Frances M. D'Antuono