UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 05-234 (RMU) |
| MICHAEL A. BATTLE, | : |
| | : |
| Defendant | : |

**O R D E R**

_____The Court having considered the unopposed Motion of the Defendant, Michael A. Battle, for a continuance of his contested mental competency hearing, and based upon the representations made in such motion, and good cause having been shown, it is this _____ day of _____, 2007,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the matter is re-scheduled for the _____ day of _____, 2007.

It is furthered ordered that any pleading or memorandum filed in anticipation of the contested competency hearing be filed no later than June 1, 2007.

_____
Judge Ricardo M. Urbina
United States District Court for
 the District of Columbia

Copies to:

Frances M. D'Antuono, Esquire
218 Seventh Street, S.E.
Washington, D.C. 20003

Arvin Lal, Esquire
United States Attorney's Office
Gang Prosecution Section
555 4th Street, N.W.
Washington, D.C. 20530