**FILED**

MAR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       :
                                :
v.                              :
                                : CRIMINAL NO. 05-234 (RMU)
MICHAEL A. BATTLE,              :
                                :
    Defendant                   :

## ORDER

_____The Court having considered the unopposed Motion of the Defendant, Michael A. Battle, for a continuance of his contested mental competency hearing, and based upon the representations made in such motion, and good cause having been shown, it is this 26th day of March, 2007,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the matter is re-scheduled for the 12th day of June, 2007. at 1:45 pm.

It is furthered ordered that any pleading or memorandum filed in anticipation of the contested competency hearing be filed no later than June 1, 2007.

_____
Judge Ricardo M. Urbina
United States District Court for
the District of Columbia