UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Crim. No. 05-0234 (RMU)** |
| | : | |
| **MICHAEL BATTLE,** | : | |
| Defendant. | : | |

## NOTICE OF FILING

The government requests that the attached letter, dated May 30, 2007, without enclosures, be made part of the record in this case.

          Respectfully submitted,
          JEFFREY A. TAYLOR
          UNITED STATES ATTORNEY
          Bar No. 451-058

          _____/s/_____
By:  PERHAM GORJI
       ASSISTANT U.S. ATTORNEY
       Delaware Bar No. 3737
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 353-8822
       perham.gorji@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Notice and attached letter, with enclosures, have been served by first class mail upon counsel of record for the defendant, Frances M. D'Antuono, 218 7th Street, S.E., Washington, D.C. 20003, this 30th day of May, 2007.

          _____/s/_____
          Assistant United States Attorney