U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 30, 2007

Frances M. D'Antuono, Esq.
218 7th Street, S.E.
Washington, D.C. 20003
(202) 544-6332

                RE: United States v. Michael Battle, 05-234 (RMU)

Dear Counsel:

      Enclosed are copies of Dr. Shawn Channell's second report regarding Michael Battle, and the notes pertaining to that report. The government will need any report and related paperwork that Dr. Lanning Moldauer has prepared since his initial report.

      If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.

                                                    Sincerely,

                                                    JEFFREY A. TAYLOR
                                                    United States Attorney

                         By:
                                                    PERHAM GORJI
                                                    Assistant United States Attorney

cc: District Court Case File (without attachments)