UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-234(RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL A. BATTLE** | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERABLE MATERIAL

Comes now the United States, by and through its attorney, the United States Attorney for the District of Columbia in responds as follows to the Defendant's Motion to Compel Discoverable Material. The government having considered the defendant's request, does not object to the requested psychological materials' be disclosed directly to Dr. Lanning Moldauer, a psychologist employed as an expert by the defendant, provided that said materials will be used only by Dr. Moldauer and the defendant's counsel to assist in connection with litigation in this case and that the materials and their contents shall not be disclosed either directly or indirectly to any other person without further order of the Court. It is further requested that upon conclusion of litigation in this case that Dr. Mouldauer be ordered to destroy the above described materials.

Undersigned counsel is filing this motion on behalf of Assistant United States Attorney Perham Gorji who represents the government in this case. Mr. Gorji is currently on leave and will be unavailable until June 11, 2007.

WHEREFORE, the government respectfully requests that the accompanying proposed Order be entered by the Court.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              United States Attorney

                              PERHAM GORJI
                              Assistant United States Attorney

BY:
                              _____/s/_____
                              JEFFREY R. RAGSDALE
                              Assistant United States Attorney
                              D.C. Bar No. 415214
                              555 4th Street, N.W. Room 4229
                              Washington, D.C. 20350
                              (202)514-8321
                              Jeffrey.Ragsdale@usdoj.gov

2.