**UNITED STATES DISTRICT COURT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-234(RMU)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL A. BATTLE** | : | |

**<u>ORDER</u>**

The Court having considered the defendant's Motion to Compel Discoverable Material and the government's response thereto, it is this _____ day of June 2007 hereby

ORDERED that Dr. Shawn Channell, a psychologist employed by the Federal Bureau of Prisons shall disclose to Dr. Lanning Moldauer, a psychologist employed on behalf of the above-named defendant the following information:

1. all underlying documentation, scoring, subscoring and original test answers to a MMPI psychological test administered to the defendant in 2006;

2. original test answers to a MMPI psychological test administered to the defendant in 2007 and it is

FURTHER ORDERED that these materials will be used only by Dr. Moldauer and the defendant's counsel to assist in connection with litigation in this case and that the materials and their contents shall not be disclosed either directly or indirectly to any other person without further Order of the Court, and it is

FURTHER ORDERED that upon conclusion of litigation in this case that Dr. Mouldauer will destroy the above described materials.

_____
RICHARDO M. URBINA
United States District Judge

copies:

Perham Gorgi
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Frances D'Antuano, Esquire
218 7th Street, S.E.
Washington, D.C.  20003

Dr. Shawn Channell
Jen Gaucher
Federal Medical Center, Devens
P.O. Box 880
Ayer, Ma 01432
Fax: 978-796-1010