UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-234 (RMU)
:
MICHAEL BATTLE, :
:
Defendant. :

**ORDER**

It is this 12th day of June 2007,

**ORDERED** that a Competency hearing in the above-captioned case shall take place on Sept. 6 2007 at 9:45.

**SO ORDERED**.

FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ricardo M. Urbina
United States District Judge