UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-0234 (RMU)
:
MICHAEL BATTLE, :
:
Defendant. :

**ORDER**

**FILED**
SEP 6 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 6 day of Sept. 2007,

ORDERED that a Status hearing in the above-captioned case shall take place on October 11, 2007 at 11:00am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge