## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: 05-234 (RMU) |
| | : | |
| Michael Battle | : | |
| | : | |
| Defendant. | : | |
| | : | |

### GOVERNMENT'S PROPOSED ADDENDUM TO EXHIBIT 18

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to amend evidence previously introduced at the hearing on competency on September 6, 2007. Government Exhibit 18, a page from John Graham, MMPI-2, Assessing Personality and Psychopathology (Oxford 4th Ed. 2006), did not include a cover page identifying the origin of the text. At the request of the Court, the government now moves to introduce the cover page and inside cover page, included as Exhibit 18A.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____

Jeff Pearlman
DC Bar 466901
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-2385