## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing addendum was served by the Electronic Case Filing system and first-class United States mail, postage prepaid, on counsel for Defendant:

Frances D'Antuono
218 7th Street SE
Washington, D.C. 20003-4321

this twelfth day of September, 2007.

_____

Jeff Pearlman
Assistant United States Attorney