# EXHIBIT 18A

# MMPI-2

## Assessing Personality and Psychopathology

FOURTH EDITION

*John R. Graham*
Kent State University

New York    Oxford
OXFORD UNIVERSITY PRESS
2006

The MMPI-2 i
sonality test in
the world. It i
settings, medi
programs, and
dence in legal
of the MMPI-:
applicants for
and safety is s

The fourth
*Personality an*
effective uses
how to accu
Current and
detailed instru
ing, and codin;
the most rece
validity, clinica
scales, illustra
and examples
two new set:
Clinical (RC)
interpretation
and the Perso
5) scales, whic
normal and at

*MMPI-2: As*
*pathology*, Fou
ate courses in
an indispensal
clinicians worl

**FEATURE:**

- Incorporate:
  empirical re:

- Covers the
  mentary sca

- Discusses (
  diverse pop
  ethnic minc
  prisoners

- Includes the
  erized admi
  pretation of

- Remains th
  valuable, and

Oxford University Press, Inc., publishes works that further Oxford University's objective of excellence in research, scholarship, and education.

Oxford  New York
Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

Copyright © 2006 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York 10016
http://www.oup.com

Oxford is a registered trademark of Oxford University Press

All rights reserved.  No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of Oxford University Press.

Library of Congress Cataloging-in-Publication Data
Graham, John R. (John Robert), 1940–
    MMPI-2 : assessing personality and psychopathology / John R. Graham. — 4rd ed.
        p.   cm
    Includes bibliographical references and index.
    ISBN-13: 978-0-19-516806-8
    ISBN 0-19-516806-2
    1. Minnesota Multiphasic Personality Inventory.    I. Title.
RC473.M5G73   1999
155.2'83—dc21                                                  99-12573
                                                                  CIP

Printing number: 9 8 7 6 5 4 3 2

Printed in the United States of America
on acid-free paper