UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-234 (RMU) |
| MICHAEL BATTLE, | : |
| Defendant. | : |

### CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 11th day of October 2007,

ORDERED that the parties file all:

Pretrial Motions\Notices    on or before _December 17, 2007_;

Oppositions    on or before _January 10, 2008_; and

Replies    on or before _January 21, 2008_; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _____, at _____; and

A motions hearing    on _February 5, 2008_, at _10:00_;

jury selection: April 3, 2008
trial: April 7, 2008

and it is

ORDERED that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.