UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-0234 (RMU) |
| MICHAEL BATTLE, | : |
| Defendant. | : |

**ORDER**

FILED
OCT 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 31st day of October 2007,

**ORDERED** that the motions hearing in the above-captioned case scheduled for February 5, 2008 is hereby **VACATED** and **RESCHEDULED** for February 19, 2008 at 11:15 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge