UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | CRIMINAL NO. 05-234 |
| MICHAEL A. BATTLE | : | (RMU) |

**O R D E R**

This matter is before the Court upon the Defendant, Michael A. Battle's, Motion to Continue the Motions Hearing in this case, currently set for February 19, 2008.

Upon the representations contained in the defendant's Motion, the lack of any opposition from the Government, and the entire record herein, it is this _____ day of February 2008,

ORDERED that the defendant's Motion be and it hereby is GRANTED. The parties shall appear for a Motions Hearing in this case on the _____ day of March, 2008.

                                            Ricardo M. Urbina
                                        UNITED STATES DISTRICT JUDGE