**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEB 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 05-0234 (RMU) |
| MICHAEL BATTLE, | : | Docket No.: 51 |
| Defendant. | : | |

### ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

It is this 13th day of February 2008,

**ORDERED** that the defendant's motion for a continuance is **GRANTED**. The motions hearing in the above-captioned case scheduled for February 19, 2008 is hereby **VACATED** and **RESCHEDULED** for April 1, 2008 at 3:00.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge