IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. : 05-234 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL BATTLE,** | : | Trial Date: April 4, 2008 (jury selection) |
| | : | |
| **Defendant.** | : | |
| | : | |

### GOVERNMENT'S NOTICE OF PROPOSED CHANGE TO PROPOSED JURY VERDICT FORM OR AMENDMENT TO JOINT TRIAL STATEMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice of its proposed change to the proposed jury verdict form, or, alternatively, seeks to amend the Joint Pretrial Statement, and states as follows:

1. On March 18, 2008, the parties filed their Joint Pretrial Statement, including a proposed verdict form. Upon review, the government has determined it would be more appropriate to insert the language, "also known as crack," after each phrase "cocaine base," in order to conform to the charging document, and to ensure compliance with United States v. Brisbane, 367 F.3d 910 (D.C. Cir. 2004) and its progeny, by proving that the substances in this case are in fact crack cocaine. After

speaking with defense counsel on March 25, 2008, the government understands defense counsel to reserve her objection to this addition.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____/s/_____
Jeff Pearlman, DC Bar # 466901
Assistant United States Attorney
United States Attorney's Office
Federal Major Crimes Section
555 4th Street, N.W., Room 4231
Washington, D.C. 20530
(202) 353-2385
jeffrey.pearlman@usdoj.gov