UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 05-234 |
| MICHAEL A. BATTLE | :      (RMU) |

**MOTION TO SUPPRESS AUDIOTAPES AND INTERCEPTIONS**

Comes now the defendant herein, Michael A. Battle, by and though his undersigned counsel, and hereby respectfully moves this Honorable Court for leave to late-file his Motion to Suppress audio tapes of under a D.C. statute addressing the interception or oral communications. In support of this Motion, Mr. Battle's counsel states as follows:

1. As noted in the Motion to Suppress, in a recent telephone conversation of yesterday, March 26, 2008, the Government announced its intention to offer in evidence audiotapes of interceptions of alleged telephone conversations between the defendant and members of the Metropolitan Police Department (Detective Fenton and undercover officer Wallace), setting up the three undercover buys that are the subject of the upcoming trial and one further attempt on the part of the police allegedly to secure the defendant's agreement to sell again in a larger amount.

2. Prior to yesterday, defense counsel and the prosecutor were engaged in productive and ongoing discussions about the defense's belief that the audio tapes might have been illegally obtained and exploring ways of curing the problem (i.e. not using the audiotapes themselves) without the necessity for the filing of the instant motion. At that time, the prosecutors'

1

supervisors, however, apparently determined that the actual tapes should be offered in evidence. Thus, the instant Motion is being necessarily filed. Nonetheless, even as of this date, discussions continue between the parties and undersigned counsel believes that a solution can be achieved. Thus, undersigned counsel reserves the right to withdraw this Motion if the Government warrants that it will not use the audiotapes and depending upon the interpretation of the application of 23-547 to the interceptions in this case.

3. As noted in the pretrial statement, the Government does not object to the late-filing of this motion.

4. Undersigned counsel would have filed this Motion at least a month and a half ago, but the discussions between the parties have appeared very promising and undersigned counsel did not wish to trouble this very busy Court with an unnecessary and somewhat unusual motion.

WHEREFORE, the foregoing premises having been considered, counsel respectfully requests that this Court grant her leave to late file this Motion. [1]

---

[1] When undersigned counsel spoke with the Court's law clerk two days ago, she did not see nor know the need for filing the instant Motion, as discussions between the parties were going well and it seemed no such motion would be needed. She told the Court's law clerk that no substantive motions would be filed. Undersigned counsel would never attempt to mislead the Court's law clerk or this Court and apologizes that there has been a change in the need to file a substantive motion. Nonetheless, there is still a good possibility that agreement can be reached between the parties and the Motion might be withdrawn.

Respectfully submitted,


_____/S/_____
Frances M. D'Antuono
Unified Bar No. 358141

218 7th Street, S.E.
Washington, D.C. 20003
(202) 544-7633
(202) 544-6332 (Cell)
fdantuono@msn.com

Counsel for Michael A. Battle


### Certificate of Service

    I hereby certify that a true and accurate copy was served by electronic filing upon Jeffrey Pearlman, Esquire, United States Attorney's Office, Narcotics and Organized Crime Section, 555 4th Street, N.W., Washington, D.C. 205530, and upon the chambers of the Honorable Ricardo M. Urbina, United States District Judge and Presiding Judge in the case, this 27th day of March, 2008.


_____
Frances M. D'Antuono