UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | CRIMINAL NO. 05-CR-234 |
| MICHAEL A. BATTLE | : | (RMU) |

**O R D E R**

This matter is before the Court upon the Defendant, Michael A. Battle's, Motion to Leave to Late File his Motion to Suppress Audiotapes and Interceptions.

Upon consideration of the representations in Defendant's Motion, the lack of any opposition from the Government, and the entire record herein, it is this _____ day of March, 2008,

ORDERED that the defendant's Motion be and it hereby is GRANTED. The Court shall permit the Motion to Suppress to be filed.

SO ORDERED.

                                                                           Ricardo M. Urbina
                                                     UNITED STATES DISTRICT JUDGE

cc:

Frances M. D'Antuono, Esq.
218 7th Street, S.E.
Washington, D.C. 20003
Counsel for Michael Battle

Jeffrey Pearlman, Esq.
United States Attorney's Office
Narcotics and Organized Crime Section
555 4th Street, N.W.
Washington, D.C. 20530