**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | CRIMINAL NO. 05-CR-234 |
| MICHAEL A. BATTLE | : | (RMU) |

**O R D E R**

This matter is before the Court upon the Defendant, Michael A. Battle's, Motion to

Suppress Audiotapes and Interceptions.

Having duly considered the positions of the parties, and the entire record herein, it is this

_____ day of March, 2008,

ORDERED that the defendant's Motion be and it hereby is GRANTED.  .

_____

Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

cc:

Frances M. D'Antuono, Esq.
218 7th Street, S.E.
Washington, D.C. 20003
Counsel for Michael Battle

Jeffrey Pearlman, Esq.
United States Attorney's Office
Narcotics and Organized Crime Section
555 4th Street, N.W.
Washington, D.C. 20530