UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

VS.

**MICHAEL ANTHONY BATTLE**

CRIMINAL NO. 05-0234

FILED

APR 8 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Does the law require a direct line measurement from point of transaction to the school property line?

CR 05-0234

US v. Battle