**FILED**

APR 3- 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-234 (RMU) |
| | : | |
| | : | GRAND JURY ORIGINAL |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of 50 Grams or More |
| | : | of Cocaine Base); 21 U.S.C. §860(a) |
| MICHAEL ANTHONY BATTLE, | : | (Unlawful Distribution of Cocaine Base Within |
| Defendant. | : | 1000 Feet of a School) |

## I N D I C T M E N T  CONVERSION

Count One (Telephone Facility) is dismissed.
Count Two (More than 50 grams) is now Count One (More than 50 grams).
Count Three (Telephone Facility) is dismissed.
Count Four (More than 50 grams) is now Count Two (More than 50 grams).
Count Five (More than 50 grams in school zone) is now Count Three (More than 50 grams in school zone).
Count Six (Telephone Facility) is dismissed.
Count Seven (More than 50 grams) is now Count Four (More than 50 grams).