UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 9 – 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

MICHAEL ANTHONY BATTLE

CRIMINAL NO. 05-234 (RMU)

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Note US v Battle 4.9.08

Government exhibit #25
what was the net weight?

gross net reserve weight

CR 05-0234
US v. Michael A Battle

Did the transaction take place in the car?

If so was the car in motion?

If so was it traveling toward the school or away from the school?

Did Detective Fenton reconfirm the measurements when he went back yesterday?

How long after 3/29 was the measurement taken?

WHAT IS THE DISTANCE FROM THE ALLEY TO SCHOOL

Do we have visible evidence comparing prints from the narcotic plastic bags?

WHAT IS THE SCALE OF THE AERIAL PHOTO USED IN THE EXHIBIT?