UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 0 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

    vs.　　　　　　　　　　　Criminal No. 05-0234 (RMU)

MICHAEL ANTHONY BATTLE

JURY NOTE

> We the jury have not reached a verdict

Date: April 10, 2008
Time: 4:00pm

Foreperson