

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**APR 1 1 2008**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.                                Criminal No.05-0234 (RMU)

MICHAEL ANTHONY BATTLE

## JURY NOTE

We the jury would like to know if we can get the testimony of officer Fenten?

Date: April 11, 2008

Time: 11:03 AM

_____
Foreperson



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 11 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

vs.   Criminal No.05-0234 (RMU)

MICHAEL ANTHONY BATTLE

JURY NOTE

We the jury have reached An unanimous verdit

Date: April 11, 2008
Time: 2:29 pm

_____
Foreperson