2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Criminal Case No. 05-0234

MICHAEL ANTHONY BATTLE

### NOTE
(Judge's Response to Jury Note)

---

CR 05-0234 US v Battle (2)
Ricardo M. Urbina

FILED  4·11·08
APR 11 2008  11:15 am
Clerk, U.S. District and
Bankruptcy Courts

Jury

Good morning.
You will have to rely on your recollection of Off. Fenton's testimony. You may not have a transcript of this testimony.
Please continue with your deliberations

Judge