IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO.: 05-234 (RMU) |
| v. | : | |
| | : | |
| MICHAEL BATTLE, | : | |
| | : | |
| Defendant | : | |

# VERDICT FORM

**FILED**
**APR 11 2008**
Clerk, U.S. District and
Bankruptcy Courts

**COUNT ONE**:   On the charge of Unlawful Distribution of 50 Grams or More of Cocaine Base on March 11, 2005, we the Jury find the Defendant:

**Not Guilty:** _X_         **Guilty:** _____

**COUNT TWO:**     On the charge of Unlawful Distribution of 50 Grams or More of Cocaine Base on March 24, 2005, we the Jury find the Defendant:

**Not Guilty:** _____          **Guilty:** _X_

**COUNT THREE:** On the charge of Unlawful Distribution of 50 Grams or More of Cocaine Base within 1000 feet of an elementary school on March 24, 2005, we the Jury find the Defendant:

**Not Guilty:** _____     **Guilty:** _X_

**COUNT FOUR:**     On the charge of Unlawful Distribution of 50 Grams or More of Cocaine Base on April 8, 2005, we the Jury find the Defendant:

Not Guilty: _X_          Guilty:____

_____
Foreperson

_April 11, 2008_
Date