UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CRIMINAL NO. **05-CR-234** |
| **MICHAEL A. BATTLE** | : |

NOTICE OF APPEAL

Name and address of appellant**:**   **MICHAEL A. BATTLE**
   **D.C. Jail**
   **1901 D Street, S.E.**
   **Washington, D.C. 20003**

Name and address of appellant's attorney   Frances M. D'Antuono, Esq.
   218 Seventh Street, S.E,
   Washington, D.C. 20003

Offense:
Concise statement of Judgment or Order, giving date and any sentence:

**The Defendant was convicted by jury trial on the two counts on February 1, 2008: distribution of fifty grams or more of crack cocaine and distribution within 1000 feet of a school or protected area.  He was sentenced on June 17, 2008 to 135 months of incarceration, concurrent on each count, followed by ten years of supervised release and five years of supervised release, to be served concurrently, with special conditions.**

Name and Institution where now confined, if not on bail:   **District of Columbia Jail**
   **1901 D Street, S.E.**
   **Washington, D.C. 20003**

    I, the above named Appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgement.

| | |
|---|---|
| 6/26/08 | **APPELLANT** *Michael A. Battle* |

Frances M. D'Antuono<br>ATTORNEY FOR APPELLANT

Govt Appeal, No Fee

CJA, No Fee     **Yes**

Paid USDC Fee No. To be paid out of prison pay, per Court's sentencing order.

Paid USCA Fee.  Same

Does counsel will to appeal on appeal?   **No**.  Counsel is not a member of the Federal CJA Appellate Panel.

Has counsel ordered transcripts?   **No**

Is this appeal pursuant to the 1984 Sentencing Reform Act?   **No**