# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-3060**                                **September Term 2007**

1:05-cr-00234-RMU-1

**Filed On: August 8, 2008** [1132264]

United States of America,

    Appellee

    v.

Michael Anthony Battle,

    Appellant

**FILED**

**AUG − 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### O R D E R

Upon consideration of the motion to appeal in forma pauperis, which was received from Appellant, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                           BY:    /s/
                                            Sabrina M. Crisp
                                            Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis