UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Appellee, : | |
| v. : | Criminal Action No.: 05-00234 (RMU) |
| MICHAEL ANTHONY BATTLE, : | Document No.: 79 |
| Appellant. : | |

**FILED**
AUG 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

This matter is before the court on the appellant's motion for leave to proceed on appeal *in forma pauperis* and the order of the District of Columbia Circuit referring the motion to this court for resolution in the first instance. A jury convicted the appellant on April 11, 2008 of distribution of fifty grams or more of crack cocaine and distribution within 1000 feet of a school or protected area. On June 17, 2008, the court sentenced appellant to 135 months of incarceration concurrent on each count, followed by ten years of supervised release and five years of supervised release to be served concurrently. The appellant now seeks to appeal the judgment and moves to proceed *in forma pauperis*.

The federal *in forma pauperis* statute – originally enacted in 1892, and the substance of which was later codified in 28 U.S.C. § 1915 – is intended to benefit those too poor to pay or give security for costs of litigation. *Neitzke v. Williams*, 490 U.S. 319, 324 (1989) (citing *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 342-43 (1948)). The Supreme Court has noted that, in its general terms, 28 U.S.C. § 1915(a) prevents federal courts from denying a person the opportunity to commence, prosecute or defend a civil or criminal action solely because their poverty makes it impossible to pay or secure the costs of litigation. *Id.* The individual seeking *in*

*forma pauperis* certification, however, must submit an affidavit of indigency or poverty that sufficiently demonstrates his inability to both provide himself with the necessities of life and pay the costs of litigation. 28 U.S.C. § 1915(a); *Adkins*, 335 U.S. at 339-40. "The determination of a court whether to allow one to proceed *in forma pauperis* must be made separately in every case." *In re Green*, 669 F.2d 779, 786 (D.C. Cir. 1981).

Federal Rule of Appellate Procedure 24(a)(1) directs parties who have not been granted prior approval to proceed *in forma pauperis* to file a motion in the district court. The rule further states: "The party must attach an affidavit that:(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." FED. R. APP. PROC. 24(a)(1).

The appellant has submitted an affidavit in compliance with Federal Rule of Appellate Procedure 24(a)(1). He attests that he has no income and no assets, as he has "been incarcerated for the past 2 3/4 years and now ha[s] an 11 year sentence to serve." App.'s Mot. In addition, the appellant claims he is entitled to relief and states the three issues that he intends to present on appeal. *Id.* Based on this affidavit, the court determines that the appellant is entitled to proceed *in forma pauperis*.

For the foregoing reasons, it is this 14th day of August, 2008,

ORDERED that the appellant's motion for leave to proceed on appeal *in forma pauperis* is GRANTED.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge